1  Lowell W. Finson, AZ Bar ID 010872
   *(Appearance Pro Hac Vice)*
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:  (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Randy A. Marshall
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Michael J. Austen, et al. v. Pfizer Inc., et al.*<br><br>No. 3:06-cv-03839-CRB | |

Come now the Plaintiff RANDY A. MARSHALL, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2009          PHILLIPS & ASSOCIATES
                                 By: _____
                                     Lowell W. Finson, Esq.
                                     Qwest Building, 26th Floor
                                     20 East Thomas, Road, Suite 2600
                                     Phoenix, Arizona 85012

                                 Attorney for Plaintiff

-1-

DATED: 1-23, 2010   GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: sgordon@gordonrees.com
CA bar No.: 37477

Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 6 2010

/s/ Charles R. Breyer
Hon. Charles R. Breyer
United States District Judge